IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROCCO PERONACE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 25-cv-158 |
| | : | |
| **KINSALE INSURANCE CO.,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this <u>   30TH   </u> day of June, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike or Dismiss Plaintiff' Second Amended Complaint (ECF Nos. 18 & 22), Plaintiff's response thereto (ECF No. 23), and Defendants' reply (ECF No. 24), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motions are **GRANTED**.[1]  This case shall be marked CLOSED as to all defendants.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Plaintiff's pending Motion to Modify the Scheduling Order (ECF No. 25) is denied as moot.